UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID RODRIGUEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNICK, *et al.*,<br><br>           Defendants. | Case No. 3:09-cv-00123-LRH-RAM<br><br>ORDER |

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice (#14). A plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Unless otherwise noted, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Defendants have not been served, entered an appearance, or served an answer or motion for summary judgment in this matter.

Accordingly, and with good cause appearing,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice (#14) is **GRANTED**. This action is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively **CLOSE** this case.

DATED this 28th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE